LEVINE, Respondent, v. TWENTY-EIGHTH ST. & SEVENTH AVE. REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Morris W. Levine against the Twenty-Eighth Street & Seventh Avenue Realty Company and another. F. Bien, of New York City, for appellants. S. Horowitz, of Brooklyn, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed. See, also, 149 N. Y. Supp. 1092, 1093.

---

LEVINE v. TWENTY-EIGHTH ST. & SEVENTH AVE. REALTY CO. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Morris W. Levine, against the Twenty-Eighth Street & Seventh Avenue Realty Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1092, 1093.

---

LEVY, Respondent, v. COMMERCIAL TRAVELERS' MUT. ACCIDENT ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Mary Levy against the Commercial Travelers' Mutual Accident Association. E. W. Tyler, of New York City, for appellant. W. Z. Gold, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

LEVY v. GUARDIAN TRUST CO. (No. 6347.) (Supreme Court, Appellate Division, First Department. October 30, 1914.) Appeal from Special Term, New York County. Action by Charles E. Levy against the Guardian Trust Company. From an order dismissing the complaint for failure to prosecute, plaintiff appeals. Order reversed, and motion denied. See, also, 158 App. Div. 922, 143 N. Y. Supp. 1127. C. E. Lydecker, of New York City, for appellant. W. H. Pell, of New York City, for respondent. PER CURIAM. The evidence of laches upon the part of the plaintiff in the prosecution of this action did not warrant the dismissal of the complaint. The order must be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

---

LEWIS, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Uriah H. Lewis against the New York, Ontario & Western Railway Company. No opinion. Judgment and order affirmed, with costs. See, also, 151 App. Div. 949, 135 N. Y. Supp. 1124; 149 N. Y. Supp. 1093.

---

LEWIS, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Uriah H. Lewis against the New York, Ontario & Western Railway Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 151 App. Div. 949, 135 N. Y. Supp. 1124; 149 N. Y. Supp. 1093.

---

L'HOMMEDIEU v. CAMPANINI. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by William A. L'Hommedieu against Cesare Campanini. No opinion. Motion granted, with $10 costs. Order filed. See, also, 157 App. Div. 910, 142 N. Y. Supp. 1127.

---

LICHTENSTEIN v. AUGUSTA-AIKEN RY. & ELECTRIC CO. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Carrie A. Lichtenstein against the Augusta-Aiken Railway & Electric Company. No opinion. Motion granted, so far as to stay entry of any judgment until determination of appeal. Settle order on notice.

---

LIDKE, Respondent, v. RIVERSIDE DRIVE & 150TH ST. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by Julius Lidke against the Riverside Drive & 150th Street Company. H. A. Redmond, of New York City, for appellant. C. C. Roberts, of New York City, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. SCOTT, J., dissents.

---

In re LILLY. (Supreme Court, Appellate Division, First Department. October 30, 1914.) In the matter of Patrick Lilly. No opinion. Motion denied, with $10 costs. Settle order on notice.

---

LIVINGSTON, Respondent, v. ROGERS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Elbert C. Livingston against C. Milton Rogers and others. No opinion. Interlocutory judgment and order affirmed, with costs.

---

LOEW, Appellant, v. McINERNEY, Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Lottie Loew against Charles A. McInerney. PER CURIAM. We think the allowance to the receiver should be reduced to $25 for his personal services, exclusive of the agent's services, and to the sum of $25 for compensation to his attorneys. The order of the County Court of Kings County is therefore reversed, with $10 costs and disbursements, and the matter remitted to said court, to proceed